IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-3342

GREGORY LANG,
          Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
          Defendant.

_____

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant State Farm Mutual Insurance Company, hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1. Defendant State Farm Mutual Insurance Company is named as defendant in Civil Action No. 2019CV30608 in Boulder County District Court (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Boulder County, in Boulder, Colorado on June 20, 2019. Plaintiff served the Summons and Complaint to Defendant on November 7, 2019. The Defendant will timely file an Answer or responsive pleading to the Plaintiff's Complaint within seven days of this Notice.

3. This Notice is being filed with this Court within thirty (30) days after the Plaintiff's Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiff's action is based.

4. To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A." To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. State Farm Mutual Insurance Company avers that this Court has diversity jurisdiction over Plaintiff's claims because this is a civil action between parties of diverse citizenship. Additionally, Plaintiff alleges that the amount in controversy exceeds $75,000. Thus, this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332.

6. Pursuant to Paragraph 14 of the Complaint, Plaintiff is currently a resident of Douglas County, State of Colorado. *See* Exhibit A, Complaint. Additionally, Plaintiff's address on the Complaint is 8100 East Union Avenue, Condo #208, Denver, Colorado. *Id.* According to the Denver County Recorder's Office, the Plaintiff had a Deed of Trust recorded in 2008 and 2013 for Denver properties and now presumably lives the property at 8100 East Union Avenue #208, Denver, Colorado. *See* Denver County Recorder's Record, attached as Exhibit B. Therefore, the Plaintiff has been domiciled in Colorado since at least 2008. Pursuant to Paragraph 14 of the Complaint, Defendant State Farm is an insurance company doing business in Colorado. The Plaintiff is correct; however, Defendant's principal place of business is located at One State Farm Plaza, Bloomington, Illinois. Additionally, it is incorporated in Illinois. *See* United States Securities and Exchange Commission Form D, attached hereto as Exhibit C. Therefore, the parties are citizens of different states and this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7. Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs. See Exhibit A, Civil Cover Sheet. Plaintiff is claiming Bad Faith Conduct and Breach of Contract for Underinsured Motorist Coverage, and Violation of C.R.S. § 10-3-1115 and 10-3-1116.

4816-7464-3731.1

Plaintiff alleges his damages include injuries, damages and losses that include two times the covered benefits delayed or denied plus attorney's fees, costs, non-economic damages, interest, and other relief.

8. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in Boulder County District Court, be removed therefrom to this Court.

Respectfully submitted this 26th day of November, 2019.

By: _____*s/Rebecca K. Wagner*_____
Rebecca K. Wagner (CO Bar No. 33473)
Campbell Wagner Frazier & Dvorchak, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, Colorado 80111
(303) 831-5990
Email: rwagner@cwfd-law.net
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2019, I presented the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system.

*s/ Charla Crutchfield*

4816-7464-3731.1