| | |
|---|---|
| BOULDER COUNTY DISTRICT COURT<br><br>1777 6th Street<br>Boulder, CO 80302 | DATE FILED: June 20, 2019 9:19 AM<br>FILING ID: 638BEC9B35384<br>CASE NUMBER: 2019CV30608 |
| Plaintiff(s): **GREGORY LANG**<br><br>v.<br><br>Defendant(s): **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a State Farm Insurance** | ▲ Court Use Only ▲ |
| *Attorneys for Plaintiff*:<br><br>Rebecca B. Albano (#38044)<br>**Law Office of Rebecca Albano, LLC**<br>1665 Grant Street, Third Floor<br>Denver, Colorado 80203<br>Telephone: (303) 815-1592<br>Facsimile: (303) 815-1593 | Case No.:<br><br>Div:        Ctrm:<br>This case is NOT subject to the simplified procedure for court actions under Rule 16.1 because:<br><br>This is a class action, domestic relations, juvenile, mental health, probate, water law, forcible entry and detainer, Rule 106 and 120, or other similar expedited proceeding [see C.R.C.P. 16.1(b)(1)]<br><br>and/or<br>X   Claims against any party exceed $100,000.00 [see C.R.C.P. 16.1(b)(2) and (c) |
| **NOTICE OF ELECTION OF EXCLUSION FROM C.R.C.P. 16.1 SIMPLIFIED PROCEDURE** | |

Simplified Procedure under C.R.C.P. 16.1 is intended to be less expensive and faster method of handling civil cases and applies where amount sought against each party is $100,000.00 or less, see C.R.C.P. 16.1(c). The Rule requires early and full disclosure of the information that each party has about the dispute and addresses what evidence will be introduced at trial.

The party and attorney, if applicable, signing this Notice hereby elect to exclude this case from the Simplified Procedure under C.R.C.P. 16.1. This election is being filed with the Court no later than the time provided by C.R.C.P. 16.1(d).

IT IS UNDERSTOOD THAT ONCE THIS NOTICE OF EXCLUSION IS FILED WITH THE COURT, THE PROCEDURES OF C.R.C.P. 16, CASE MANAGEMENT AND TRIAL MANAGEMENT WILL APPLY TO THIS CASE.

This Notice must be signed by the parties and, if represented, by the attorney.

DATE: June 20, 2019  *[signature on file]*
Gregory Lang, Plaintiff

DATE: June 20, 2019  *[signature on file]*
Rebecca B. Albano, Esq.
Attorney for Plaintiff